| | |
|---|---|
| 1 | HONORABLE RONALD B. LEIGHTON |



07-CR-05649-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO VERHAAREN,<br><br>Defendant. | Case No. CR07-5649RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion to Delay Voluntary Surrender Date, filed April 27, 2009. Having considered the entirety of the records and file herein, it is HEREBY ORDERED:

Defendant's Motion to Delay Voluntary Surrender Date is **GRANTED..**

Defendant shall surrender at the direction of the Bureau of Prisons no earlier than May 26, 2009.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 27th day of April, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1